## COMMISSIONERS OF HIGHWAYS

### *v.*

### THE PEOPLE *ex rel.* Walker.

*At Ottawa, September Term, 1881.*

WITHDRAWING RECORDS—*for what purpose allowed.* On an appeal from an Appellate Court to this court, the appellee asked leave to withdraw the record from this court, for the purpose of using the same in the Appellate Court upon a motion in that court to tax the costs as to certain unnecessary parts of such record against the appellants. Leave was given, on condition the record should be returned after its use.

APPEAL from the Appellate Court for the Second District.

Mr. B. F. HERRINGTON, for the appellees, entered a motion for leave to withdraw the record in this case from the files of this court, for a sufficient length of time to use the same in the Appellate Court in support of a motion in that court to tax certain unnecessary portions of such record against the appellants.

SCOTT, J.: This is a motion for leave to withdraw the record and one copy of the abstract for the purpose of using the same in the Appellate Court for the Second District, on a motion to retax the costs. Leave asked will be given, on condition that the record be returned after its use. The motion is allowed.

*Motion allowed.*